## Rocco *v.* Pennsylvania Coal Company, Appellant.

*Workmen's Compensation—Loss of eye—Total disability—Sections
306-a and 306-c.*

Compensation, payments under sections 306-a and 306-c of the
Workmen's Compensation Act, accrue concurrently subject to the
maximum specified in the Act.

Where a claimant sustains various injuries including the loss
of an eye, and is paid for total disability for 123 weeks under
section 306-a, he is entitled only to additional compensation for 2
weeks, the balance of the 125 weeks' disability period, provided by
section 306-c for the loss of an eye.

Argued March 6, 1928. Appeal No. 41, February T.,
1928, by defendant from order of C. P., Lackawanna
County, October T., 1927, No. 1652, in the case of
Gerardo Rocco v. Pennsylvania Coal Company. Be-
fore HENDERSON, KELLER, LINN, GAWTHROP and CUN-
NINGHAM, JJ. Reversed.

Appeal from award of Workmen's Compensation
Board. Before WATSON, J.

The facts are stated in the opinion of the Superior
Court.

The court sustained the award. Defendant ap-
pealed.

*Error assigned,* was the order of the court.

*Herbert F. Harris,* and with him *H. J. Connolly,*
for appellant.

*Vandling D. Rose,* and with him *George W. Ellis,* for appellee.

OPINION BY LINN, J., April 16, 1928:

Claimant was injured October 11, 1924; his face was cut, the sight of an eye was lost, and a leg broken. For total disability under section 306-a he received the maximum weekly compensation of $12 for 123 weeks ending December 3, 1926, when total disability ceased. He obtained an award of 125 weeks additional on the theory that he was entitled under 306-c to that compensation for the disability resulting from the loss of his eye, in addition to what he received during the period of total disability.

The appeal is ruled by Olinsky v. Lehigh Valley Coal Co. this day decided, and cases cited in that opinion. The disability period of 125 weeks for which compensation under 306-c was awarded for the loss of one eye began July 30th as provided in section 306-d. As claimant has received total disability compensation for 123 of those weeks, he is entitled only to additional compensation for 2 weeks—the balance of the 125 week disability period provided for the loss of an eye.

The judgment is reversed and the record is remitted with instructions for further proceedings in accordance with this opinion.